# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Supervised Release) |
| V. | |
| | Case Number: 8:01-cr-67-T-23MSS |
| THOMAS HASTINGS | USM Number: 39571-018 |
| | |
| | Defendant's Attorney: Todd H. Seiden, ret. |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs 2, 3, 4, 5, 6, 7, 8, 10, and 11 of the April 14, 2008, petition (Doc. 47).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Two | Untruthful written monthly reports | 01/31/08 |
| Three | Untruthful written monthly report | 12/31/07 |
| Four | Failure to follow instructions | 07/21/08 |
| Five | Failure to support defendants | 05/31/07 |
| Six | Failure to make restitution | 07/21/08 |
| Seven | Obtain new credit/loan without approval | 10/31/06 |
| Eight | Obtain new credit/loan without approval | 02/28/07 |
| Ten | Obtain new/credit/loan without approval | 07/28/06 |
| Eleven | Obtain new credit/loan without approval | 09/11/06 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

__X__   The defendant denies committing the violations described in paragraphs 1 and 9, and the United States withdraws the violations charged in numbered paragraphs 1 and 9.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 21, 2008
Date of Imposition of Sentence

*[signature]*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

July 21st, 2008
Date

DEFENDANT:      THOMAS HASTINGS                                Judgment - Page _2_ of _3_
CASE NUMBER:   8:01-cr-67-T-23MSS

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **NINE (9) MONTHS.**

_X_   The court makes the following recommendation to the Bureau of Prisons: **Because the defendant presents little or no security risk but presents an array of chronic and acute medical problems, his medical care should control his residence, probably Butner, N.C., or another medical facility.**

___   The defendant is remanded to the custody of the United States Marshal.

___   The defendant shall surrender to the United States Marshal for this district:

　　　___ at _____ a.m.   p.m.   on _____.

　　　___ as notified by the United States Marshal.

_X_   **The defendant shall surrender on August 4, 2008, for service of sentence:**

　　　_X_ **as notified by the United States Marshal.**

　　　___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　By  _____
　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL

DEFENDANT: THOMAS HASTINGS
CASE NUMBER: 8:01-cr-67-T-23MSS

Judgment - Page 3 of 3

## SUPERVISED RELEASE

No term of supervision is imposed.